# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

ALLIANCE MULTIFAMILY FRAMING, LLC.
    Plaintiff(s)

vs.

Case Number: 16-cv-113-JED-FHM

T.D.K. CONSTRUCTION CO., INC.
    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:
> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ALLIANCE MULTIFAMILY FRAMING, LLC_____
[name of party]

who is a (check one) [✓] PLAINTIFF    [ ] DEFENDANT    in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**
   (Check one) [ ] YES    [✓] NO

2. **Does party have any parent corporations?**
   (Check one) [ ] YES    [✓] NO
   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**
   (Check one) [ ] YES    [✓] NO
   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one) ☐ YES  ☑ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one) ☐ YES  ☑ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

DATED this 29th day of February, 2016.

| | |
|---|---|
| S / MARK A. WALLER | |
| Signature | |
| MARK A. WALLER | 14831 |
| Printed Name | Bar Number |
| SNEED LANG PC | |
| Firm Name | |
| 1 W 3RD ST., STE. 1700 | |
| Address | |
| TULSA | OK  74103 |
| City | State  ZIP |
| 918-588-1313 | 918-588-1314 |
| Phone | Fax |
| mwaller@sneedlang.com | |
| Email Address | |

# CERTIFICATE OF SERVICE

I hereby certify that on    February 29, 2016    (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Brent Matthew Johnson, Esq.
Christopher Eric Shephard

I hereby certify that on    February 29, 2016    (Date), I served the same document by

☑ U.S. Postal Service     ☐ In Person Delivery
☐ Courier Service     ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):
     Travelers Casualty and Surety Company of America
     c/o John D. Doak, Oklahoma Insurance Commissioner
     Oklahoma Insurance Department
     5 Corporate Plaza, 3625 NW 56th St., Ste. 100
     Oklahoma City, OK 73112-4511

     S / MARK A. WALLER
     Signature