## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

Alliance Multifamily Framing, LLC,

      Plaintiff(s),

vs.                                   Case Number: 16-cv-00113-JED-FHM

T.D.K. Construction Co., Inc., et al.,

      Defendant(s).

### SETTLEMENT CONFERENCE REPORT

On 2/21/2017 a Settlement Conference was held in the captioned matter.

☑     The litigation was settled; within __20__ days of the date hereof, the Plaintiff and Defendant shall file:

    --    a Stipulation of Dismissal
           OR
    --    Agreed Judgment and
           Motion to Enter Agreed Judgment

☐     The litigation was not settled.

☐     Settlement negotiations are pending. The parties are to phone the undersigned by _:___ p.m. on _____, 2017.

DATED: 2/21/2017.

                          _____

                          David Cordell
                          Adjunct Settlement Judge